**Order entered August 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00795-CV

## IN RE TRACY NIXON, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.  We also **DENY** relator's motion for records.

/s/ Erin A. Nowell
ERIN A. NOWELL
JUSTICE